IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Cosme Sanchez Ramirez, | |
| Plaintiff, | Case No. 2:25-cv-01036 |
| v. | Judge Graham |
| United States Federal Government, | Magistrate Judge Vascura |
| Defendant. | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Vascura (doc. 3), regarding an initial screening pursuant to 28 U.S.C. § 1915(e)(2), and noting that no objections were filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Complaint be **DISMISSED** for failure to state a claim on which relief can be granted. Plaintiff is **DENIED** any requested certificate of appealability, and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: October 6, 2025.